IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VONDA RAFTER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-0691 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of today's date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge